# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARLIN LEE GOUGHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE ) <br> TREASURY, ) <br> ) <br> Defendant. ) | Case No. 2:22-cv-00692-LSC-SGC |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on July 19, 2022, recommending the dismissal of this action for failure to prosecute. (Doc. 6). Specifically, the magistrate judge noted the plaintiff had not complied with, or otherwise responded to, an order requiring him to pay an initial partial filing fee and return a signed Prisoner Consent Form. (*Id.*). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this matter is due to be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** on August 16, 2022.

_____
L. Scott Coogler
United States District Judge

160704